

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00423-CR

| | | |
|---|---|---|
| Eliseo Hernandezgaleano | § | From the 432nd District Court |
| | § | of Tarrant County (1384203D) |
| v. | § | August 25, 2016 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
   Justice Lee Gabriel